JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
JOSHUA HILL (CABN 250842)
Assistant United States Attorneys
   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-mail:    andrew.huang@usdoj.gov
             joshua.hill2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00390 CW |
|         Plaintiff, ) | **ORDER RE DISCOVERABILITY OF DOCUMENT SUBMITTED BY UNITED STATES' FOR** *IN CAMERA* **REVIEW AND FILING UNDER SEAL** |
|     v. ) | |
| MABELLE DE LA ROSA DANN ) a/k/a Mabelle De La Rosa Crabbe, ) | |
|         Defendant. ) | |

On September 30, 2009, the government submitted to the Court a cover letter with a two-page document for *in camera* review.  Having reviewed the letter and document, the Court hereby FINDS that the document is not subject to disclosure.  It is hereby ORDERED that the letter and attached document be FILED UNDER SEAL.

Dated: October 2, 2009

                                    Hon. CLAUDIA WILKEN
                                    United States District Judge